UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Darlene Daevu, | No. C 09-0406 JL |
|     Plaintiff, | |
|   v. | |
| San Mateo County, | |
|     Defendants. | |
| _____/ | |

    Plaintiff's complaint was filed on January 28, 2009 and an initial order with all pretrial dates was issued.   This Court subsequently denied Plaintiff's application to file in forma pauperis and the filing fee was paid and summons issued on April 20.

    Accordingly, all pretrial dates are hereby extended for 120 days. Case management conference will be held September 9, 2009 at 10:30 a.m.

    IT IS SO ORDERED.

DATED: May 4,   2009

_____
JAMES LARSON
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\09-0406\09-0406-continue dates.wpd

REQUEST                         1