UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DALENE C. DAEVU,

        Plaintiff,

  v.

SAN MATEO COUNTY et al,

        Defendant.

Case Number: CV09-00406 JL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 28, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

REGULAR MAIL:

Darlene C. Daevu
15368 Churchill Street
San Leandro, CA 94579

EFILING

Judith A. Holiber
San Mateo County Counsel
Hall of Justice and Records
400 County Center
6th Floor
Redwood City, CA 94063

Dated: January 28, 2010

                                              Richard W. Wieking, Clerk
                                              By: Venice Thomas, Deputy Clerk